UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ADHAM MOHAMED EL-GAMAL

**Consent Order of Restitution**

24 Cr. 119 (KMK)

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Kingdar Prussien, Assistant United States Attorney, of counsel; the presentence investigation report (the "PSR"); the defendant's conviction on Counts One through Four of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Adham Mohamed El-Gamal, the defendant, shall pay restitution in the total amount of $700.00, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the following victims of the offense conduct charged in the Information and described in the PSR.

| Victim Name | Amount of Loss |
|---|---|
| Next Gas Station<br>146 North Main Street<br>Spring Valley, NY 10977 | $200.00 |
| Metro by T-Mobile<br>12 South Central Avenue<br>Spring Valley, NY 10977 | $500.00 |

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant;

including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

### 3. Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

### 4. Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5. Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2023.2.16                                                         2

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          6-30-2024
Kingdar Prussien                              DATE
50 Main Street, Suite 1100
White Plains, NY 10606


JALEN TARLETON

By: _____          6/30/24
Adham Mohamed El-Gamal                       DATE


By: _____          6/30/24
Alexei M. Schacht, Esq.                      DATE
123 West 94th Street
New York, NY 10025


SO ORDERED:

_____              7/1/24
HONORABLE KENNETH M. KARAS                   DATE

2023.2.16                    3